# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANE MULLINS, | : | No. 3:17cv1042 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of Social | : | |
| Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 31st day of October 2018, it is **HEREBY ORDERED** as follows:

1. The Commissioner's objections to the Report and Recommendation (Doc. 15) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Saporito (Doc. 14) is **ADOPTED**;

3. The Commissioner's decision denying the plaintiff's claim for disability benefits is **REVERSED**;

4. This case is **REMANDED** for further proceedings; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**